**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

[A.P.C.]

*Petitioner,*

v.

KENNETH GENALO, *in his official capacity as* Field Office Director of New York, Immigration and Customs Enforcement; PAUL ARTETA, *in his official capacity as* Warden of the Orange County Correctional Facility;
DAVID J. VENTURELLA, *in his official capacity as* Senior Official Performing the Duties of the Director of U.S. Immigrations and Customs Enforcement;
MARKWAYNE MULLIN i*n his official capacity as* Secretary of Homeland Security; TODD BLANCHE, *in his official capacity as* Acting Attorney General,

*Respondents*.

Case No. 26-5827

**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioner is given leave to proceed under the pseudonym A.P.C.

The Clerk of Court is directed to terminate the pending motion at docket entry 3.

It is so **ORDERED.**

Entered on July 9, 2026.

Katherine Polk Failla

United States District Court Judge