**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 22, 2026

**Via ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *A.P.C. v. Genalo, et al.*, 26 Civ. 5827 (KPF)**

Dear Judge Failla:

This Office represents the respondents in the above-referenced habeas corpus action, in which Petitioner challenges his detention by U.S. Immigration and Customs Enforcement ("ICE"). I write respectfully in response to the Court's Opinion and Order dated August 11, 2026 (ECF No. 16) to confirm that a burden-shifted bond hearing was held on August 20, 2026.

The Immigration Judge denied Petitioner release upon a finding that ICE met its burden of demonstrating danger to the community and risk of flight. *See* Bond Order (attached). The Immigration Judge found that no amount of bond or alternatives to detention were sufficient to mitigate the danger Petitioner poses or ensure that Petitioner would present himself for removal in accordance with his removal order. Pursuant to the Court's August 11 Order, the Government requested both a recording and a written transcript of the bond hearing. While the Government has received an audio recording of the hearing, the Government is still awaiting a written transcript and will file a redacted copy of the same promptly after receipt.

I thank the Court for its consideration of this letter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *__/s/ Jonaki M. Singh________*
JONAKI M. SINGH
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2785
E-mail: jonaki.singh@usdoj.gov

cc: All counsel of record (via ECF)

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - VARICK IMMIGRATION COURT**

Respondent Name:
[redacted]

To:
Donovan, Alexis
177 Livingston Street
7th Floor
Brooklyn, NY 11201

A-Number:
[redacted]

Riders:
In Custody Redetermination Proceedings

Date:
08/20/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
Danger or Flight Risk.

☐ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☐ Other:

Immigration Judge: REID, DARA FAITH 08/20/2026

| | | | |
|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☑ waived | ☐ reserved |
| | Respondent: | ☐ waived | ☑ reserved |
| Appeal Due: | 09/21/2026 | | |

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : [redacted] | A-Number : [redacted]

Riders:

Date: 08/20/2026 By: REID, DARA FAITH, Immigration Judge

The Court thanks the Government for this update confirming that Petitioner received a bond hearing. While the Court expects the Government to file the written transcript when it is available (consistent with the Government's representation), the Court does not see a need to keep this case open. Accordingly, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated: August 24, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE