UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.P.C.,

Petitioner,

-against-

KENNETH GENALO, IN HIS OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF NEW YORK, IMMIGRATION AND CUSTOMS ENFORCEMENT; PAUL ARTETA, IN HIS OFFICIAL CAPACITY AS WARDEN OF THE ORANGE COUNTY CORRECTIONAL FACILITY; DAVID J. VENTURELLA, IN HIS OFFICIAL CAPACITY AS SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; AND TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ACTING ATTORNEY GENERAL.,

Respondents.

26 CIVIL 05827 (KPF)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memo Endorsement dated August 24, 2026, the Court thanks the Government for this update confirming that Petitioner received a bond hearing. While the Court expects the Government to file the written transcript when it is available (consistent with the Government's representation), the Court does not see a need to keep this case open. Accordingly, the case is closed.

**Dated:** New York, New York
August 25, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**