UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.P.C.,

Petitioner,

-v.-

KENNETH GENALO, *in his official capacity as Field Office Director of New York, Immigration and Customs Enforcement*; PAUL ARTETA, *in his official capacity as Warden of the Orange County Correctional Facility*; DAVID J. VENTURELLA, *in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigrations and Customs Enforcement*; MARKWAYNE MULLIN *in his official capacity as Secretary of Homeland Security*; and TODD BLANCHE, *in his official capacity as Acting Attorney General*,

Respondents.

26 Civ. 5827 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has received Petitioner's motion to enforce the judgment. (*See* Dkt. #23). Because the Court does not understand this District's Local Rules to set a clear timeline for the Government's brief in opposition to Petitioner's motion and for Petitioner's reply, the Court sets the following schedule: The Government shall submit its opposition on or before **October 19, 2026**, and Petitioner shall submit his reply on or before **October 26, 2026**.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge